# Federal Court

FDOC Prisoners/We The People
Plaintiffs,

vs.                                    Case No:

FDOC Secretary Ricky D. Dixon; FL Gov. Ron DeSantis,
Defendants/Respondents.
_____/

## Emergency Friend To The Court Petition
## With Certified Question

Comes now the Plaintiffs all state-wide FDOC Prisoners/We The People, As A Friend To The Court, pro se, a people on the land, appearing sui juris and specially but not generally for myself but for all others similarly situated in all FDOC Institutions, with all of my rights preserved without prejudice, pursuant to common law of the U.S. Constitution and of the Florida Constitution of the United States of America's Republic under We The People, to petition this honorable court grant Emergency Relief through a Court Order Releasing FDOC Prisoners State-Wide To Resolve Prison Over Crowding causing deaths, and other named abuses in violation of the Eighth Amendment herein; "With Certified Question?" —

We The People state-wide ask the certified question, - "Under these emergency circumstances where inmates state-wide are dieing, and the FDOC Secretary states he can't care for them, what court has the power to enforce clear law under the U.S. Constitution protecting prisoners rights, and can issue an immediate Court Order for FDOC to stop its crimminal operations that are resulting in FDOC inmate deaths state-wide, and release inmates state-wide as done in Texas?"

Litigation undertaken in good faith by a prisoner motivated to bring

1.

about social change and protect constitutional rights in prison is a form of political expression and political association, and therefore is protected First Amendment activity; U.S.C.A. Const. Amend 1 (See- Osterback v. Kemp, 300 F. Supp. 2d 1238 at #10 (N.D. FL 2003).

Plaintiffs requests this Court to consider the substance of these pleadings and arguments and not the form; as the filings of a litigant acting on his own and on behalf of others similarly situated such as here, are not held to the same stringent standards as those of a practicing lawyer, pursuant to Haines v. Kerner, 404 U.S. 519, 92 S. Ct., and Platsky v. C.I.A. F. 2d 25. Such pleadings are to be considered without regard to technicality that would defeat fairness and justice in that the court treat this Friend To The Court as whatever vehicle needed for the relief that the court deems just and proper. See- Hall v. Bellman, 935 So. 2d 1106, 1110 (10th Cir. 1991).

Additionally, as Plaintiffs are appearing without representation, he prays that he be given reasonable opportunity to remedy any and all defects in these pleadings or filings. See- Reynoldson v. Schillinger, 907 F. 2d 126 (10th Cir. 1990). Also- Jaxon v. Circle K Corp., 773 F. 2d 1138, 1140 (1985)(1).

### Jurisdiction

There is no reason for any authority to impose arbitrary barriers against FDOC Prisoners/We The People who wish to challenge living conditions that has recently killed hundreds of FDOC Prisoners unnecessarily and is inhumane and premeditated by continuing opporations knowingly in violation of Federal requirments concerning number of personnel per prisoner to care for, placing FDOC Prisoners/We The People in jeopardy of death; Also violating CDC social distancing places FDOC Prisoners/We The People in jeopardy of death and more.

An illegal or erroneous sentence under inhumane living conditions violates the Due Process of Law Clause of the United States and Florida

2

Constitution. See- *Wasko v. Vasquez*, 820 F. 2d 1090 (10th Cir. 1987).

This Honorable Court has the jurisdiction to issue an Order to relieve the concerns herein, to save lives, keep the integrity of our system of law and to preserve the interest of FDOC Prisoners/We The People safety in every FDOC Institution and every community state-wide.

## Introduction

FDOC Rule Ch 33-601-210(1)(A) Florida Administrative Code, which states: An inmate shall be assigned to a facility that can provide appropriate security and supervision, that can meet the health and needs of the inmate as identified by the Department Of Health Services Staff and to the extent possible to meet the inmate needs for programs and is near the location of the inmates family (emphasis added).

It is well established that- "an agency must comply with its own rules". See- *Kearse v. Dept Of Rehab Services*, 474 So. 2d 819 (Fl. 1st D.C.A. 1985)

## Argument

Application of the reasoning of the courts in *Florida Caucus of the Black Legislators v. Crosby*, 877 So. 2d 861 (Fla. 1st D.C.A. 2004). In the prior case the courts citing §20.315(3) Florida Statues, emphasized, that the Secretary of FDOC, shall ensure that the programs and services of FDOC are administered in accordance with state and Federal laws Rules and Regulations with established programs and consistent with the legislative intent. 877 So. 2d 864 (emphassis added by the court) §944.611- legislative intent. See also- FDOC Rule Ch 33-601-210(1)(A) and Due Process of Law Clause of the U.S. as well as 8th Amendment protection against cruel and unusual punishment.

"Crisis In Corrections" aired on TV news Nov, 11, 2021-(adam@abcactionnews.com)- FDOC Secretary Ricky D. Dixon states that a critical staffing shortage within FDOC threatens the safety of personnel, inmates, and the public (state-wide)!

Federal standards require four guards for each dorm which hous up to 250 prisoners. Mr. Dixon stated that most dorms have one officer, per dorm,

per shift. FDOC is short 5,500 employees which has risen since Nov. 11, 2021. At Sumter C.I. for example, security camera's will verify that for years there has been noone in atleased 12 officers stations. At Gulf there was no yard time for the entire month of Jan. 2022, where all bare basic rights are denied encluding no Chapel. Yet the state's gone from spending $35 million on overtime per year to $103 million in overtime in 2021.

This is only a small brief on FDOC's Racketeering, since this problem was created by FDOC personnel themselves. Gov. Rick Scott approved 8 private prisons to be opened (without building costs to tax-payers), but the FDOC officers union stopped Gov. Scott 3 times in court.

Mr. Dixon stated in above news, that shortages in personnel means education, drug rehab, GED, training programs are cut, leaving inmates with nothing to do inside (state-wide).

The news article also reported a shortage in medical staff. But each week the FDOC/Jpay Representative places the following on every prisoners Kiosk/Tablet - "Living in a prison puts you at a higher risk of contracting COVID-19": So FDOC acknowledges repeatedly the higher risk to prisoners, yet have done nothing to separate bunks, showerheads, sinks, toilets-etc, six feet apart under CDC guidelines.

Florida has the worst prison system in the nation. Its filled with violence, riddled with scandals and incredibly ineffective in rehabilating prisoners.

This is the reality of prisons in FDOC, and the people in position of leadership who have allowed this to happen should be ashamed of themselves. What other conclusion should be reached from a six-month investigation by GateHouse Media and the Sarasota Herald-Tribune titled-"Wasted Minds".

Clearly there is a correlation between prison education and violence: The Santa Rosa C.I., led the system in prison assaults the past three years while giving out fewer educational credits than all but four prisons in FDOC. There is no excuse for the deplorable state of FDOC's prison system, not when equally conservative states like Texas and Georgia has passed reforms that protect public safety, save dollars and do a better job rehabilitating prisoners.

4.

Gov. Ron DeSantis should have appointed a blue ribbon commission to propose reforms and then commit to leading the implementation of them; it's beyond debate that warehousing prisoners simply doesn't work. See-jacksonville.com/opinion2019717 wednesday-editorial-reform-florida-prisons-now (Times-Union).

Gov. R. DeSantis made a public statement that no FDOC prisoners would receive the COVID-19 vaccine before it was offered to the public. Making it clear that FDOC prisoners lives are expendable-(That would enclude U.S. Veterans in FDOC prisons and the families of veterans in FDOC!)! Nothing has been done to carry out CDC guidelines on social distancing in FDOC where hundred of FDOC prisoners died in 2020-2021, and continue dieing. There is not six feet between bunks, showerheads, etc, placing the elderly at a higher risk of infection of the virus and death.

In February 2015, Secretary Julie Jones-(FDOC) was ordered to renegotiate the health contract by Sen. Greg Evers, (R)-Baker, Chairman of the Senate Criminal Justice Committee after a series of reports by the Miami Herald and other news organizations showed suspicious inmate deaths were covered up or never reviewed. They found hundreds of pending lawsuits against the state (Tax payer expense). In 2015; 346 FDOC inmates died, 176 of them listed with no immediate cause of death. It was the highest number on record even though the number of inmates in Fla prisons had declined-(Herald-Tribune). There have been 3000 prisoner deaths recorded in FDOC since 2000- See also- Dec, 25, 2014 miamicbslocal.com.

In 2011 whistle-blowers exposed the FL Inspector Generals Office and FDOC Secretary for covering up inmate murders by FDOC personnel. See also-Samantha J. Grost, Florida Prisons, Among Nations Deadliest, Didn't Like 'Demanding' Watchdog. He's Gone, Miami Herald Oct, 1, 2020.

Prison conditions violate the Eighth Amendment's prohibition against cruel and unusual punishment if they are caused by deliberate indifference to a substantial risk of serious harm to prisoners. See-Farmer, 511 U.S. at 828. The prison official need not be complicit in the harmful acts, nor have

5

specific knowledge that a particular prisoner is suffering abuse, it is enough that the official acted or failed to act despite his knowledge of a substantial risk of serious harm." See - Farmer, 511 U.S. at 839, 842.

The Senate Criminal Justice Committee in 2011 shot down a bill titled "The Elders Act", which allowed parole to prisoners 50 and older who have served 25 or more years showing no violence. Said Justice Committee has shot down every similar bill since. The FDOC system has done nothing to separate 50 to a 100 year old prisoners from young gang-bangers, so these elders are being extorted, beat & robbed, raped, etc.

In brief the authorities responsible for the care of FDOC prisoners have knowingly failed to take action in reducing the prison population and secure CDC guidelines for social distancing, humane living space footage per prisoner and other bare basic rights such as no yard for the entire month of Jan 2022 and counting at Gulf C.I., and state-wide no hygiene care in barber shop for over a month, not allowed to buy hygien products and writing supplies from canteen in over a month, health care from Medical Dept is non existent, no security etc.

Said Defendants have also violated Ch 415, Fl. Stat. 2008 - Mandatory Reporting Of The Abuse, Neglect Or Exploitation Of Elderly Or Disabled Adult Inmates. With the above abuses, the elderly are at an even higher risk to viruses and deteriorate quicker without proper yard time, diet, hygien, medical care etc. They are not even allowed to exercise inside the dorms where they are packed in like sardines!

## Relief Sought
## (With Solutions)

(1) FDOC inmates state-wide already working outside the fence, should be equiped with cheep GPS bracelet/micro-chip monitoring system and kept outside the fence if they are willing to work and pay for the monitoring, thus no cost to tax payers, and actually reducing what tax-payers pay by billions of dollars. Thousands of inmates state-wide are eligible right now.

There are barracks style dorms with 102 bunks in the space the size of a double-wide trailer, half of these bunks should be removed state-wide for proper humane living space.

(2) Privacy partitions need to be installed in showers, between bunks in barracks style dorms, and in cells between toilets and bunks, which has been ignored by FDOC personnel in violation of PREA Laws state-wide.

(3) Integrity in caring for elderly prisoners: Elderly prisoners that have served 30 years without exhibiting violence should be released, if need be with the above GPS bracelet.

(4) There are only two FDOC prisons for the elderly 50 and over state-wide. Elder's are dieing on the waiting list. Designate Century C.I., and Okaloosa C.I., as 50 and over, and house them humanely. Designating two more already existing Institutions as 50 and over has no cost to tax payers and would save millions of dollars by avoiding elderly injuries by gang-bangers, such surgeries, life-flights costs billions state-wide in FDOC.

(5) Integrity in FDOC Central Office Tallahassee: Root out the cover-up Racketeers who have made corruption flourish state-wide throughout FDOC for decades. For example - 2018 staff at Century C.I. provided 2000 knives to gangs there, costing taxpayers millions in Life-Flights, surgeries, etc. Staff at Gulf C.I., and Annex involved in dozens of beatings and rapes were actually promoted to FDOC Central Office, Inspector General's Office, Wardens, etc.

(6) Integrity in Wardens: There is no limit to the number of prisoner stabbings at any FDOC Institution state-wide before a Warden is fired for creating a inhumane-violent environment such as forementioned Century C.I., there needs to be accountability state-wide.

(7) Integrity in Classification: Elderly especially, many are veterans, or are the children of veterans who need staff to be concerned for their needs.

(8) Integrity of Institutional Inspectors and Regional Directors: Both offices were exposed in 2011 for writing false reports covering-up FDOC inmate murders state-wide (Nothing has changed), causing an investigation by the FDLE of over 86 prisoner deaths. There needs to be an outside agency not paid by

FDOC to root out said corruption giving full disclosure surrounding loved-one's death. Thus drying up the cover-up of inmate deaths and their lawsuits. Institution Inspector and Regional Director's offices need to be desolved as they are corrupt state-wide. Said FDOC titles have turned a blind eye to the inhumane treatment state-wide, ranking FDOC as the worse prison system in the United States! For example - the forementioned 2000 knives were brought to the attention of Century C.I.'s Regional Director who covered it up and continues the same. At Gulf C.I., half of the population lives in buildings that have permanant blinders covering outside windows so prisoners can't see if there is someone they can scream to for help. Said blinders are not on C.M.'s nor did the FL Legislature approve its funding. It needs removing immediately. FDOC is 100 years behind in humane treatment.

(9) Integrity in Medical personnel: Prisoners state-wide are dieing due to said short staffing. The forementioned personnel are well aware of these and many more abuses resulting in prisoners deaths. Violations resulting in denials of bare basic human rights is common throughout FDOC. Medical and Psychology Dept's ignore Chapter 415, FL. Stat, 2008 - Mandatory Reporting abuses of elderly & disabled state-wide. For example - said elderly & disabled transfered to Gulf C.I., weekly, have their walkers, canes, straw hats for skin-cancer, and other medical aids taken away and the inmates are gassed, beat, and placed in confinement when they can't walk without walkers etc. Medical and Psychology personnel are not only not reporting abuses, they join in on the abuses state-wide. Out going U.S. Mail reporting abuses is destroyed by security personnel, and writing grievances on said personnel will result in being beat-gassed, etc. Grievances need to be reviewed by said outside agency not paid by FDOC, state-wide.

The following are just three of the latest deaths due to denial of Medical attention/short of staff: Preston Cassada #H16549, in his 70's, choked to death on his breakfast in front of 50+ witnesses 35 feet from Medical's front door Feb, 26, 2022. Medical staff never came out, no witness reports were taken. Inmates state-wide stand outside in the rain or cold or other elements for half an

hour, then rushed out of the chow-hall without finishing a meal after only two minutes to eat! Prisoners need to be allowed to finish meals state-wide. Both the Institution Inspector and Regional Director have not reported that the free security camera's that should have documented Cassada's death, have been in box's at the Institution without any intention of installing. Jose Macias #K74972, in his 60's, lay in his bunk in a coma-state for days with 50+ witnesses before being taken out Apr. 19, 2022 and dieing. No witness reports were taken. Frank Seavers in his 50's had a stroke in bunk B2-125-U. It took about half an hour to get Medical staff, one person who didn't seem to know what to do once at his bunk. Frank was still breathing when taken from said bunk with 50+ witnesses Apr. 20, 2022 but also died, and no witness reports were taken. These are premeditated systemic murders.

(10) For Mental and Physical Health prisoners state-wide need daily exercise-yard time. Presently, prisoners are not even given the weekly yard time state-wide required by law. FDOC prisoners need Virtual Reality equipment in dorms state-wide to help cope with PTSD caused by said Respondents herein; Among numerous things not limited to FDOC prisoners state-wide witnessing the unnecessary, premeditated systemic murders around them due to said admission by state officials that they do not have the ability to care for inmates state-wide. See-admission by FDOC Secretary Ricky D. Dixon. Prisoners state-wide need programs to grow mental maturity/consciousness. Virtual Reality equipment and other mental health aids can be paid for through the billions of dollars from inmate canteen profits.

(11) We The People state-wide ask the "Certified Question"- Under these emergency circumstances where inmates state-wide are dieing, and the FDOC Secretary states he can't care for them, what court has the authority to enforce clear law under the U.S. Constitution protecting prisoners rights, and can issue an immediate Court Order for FDOC to stop its crimminal operations that are resulting in FDOC inmate deaths state-wide, and release inmates state-wide as done in Texas?

We The People/FDOC Prisoners state-wide, in the interest of saving lives where it is an unrefutable known fact that thousands of FDOC prisoners lives have been lost unnecessarilly due to shortage of Medical & Psychiatry personnel and

9.

supplies, dereliction of duty by FL Governor Ron DeSantis & FDOC Secretary Ricky D. Dixon namely, and others down the chain of authority who continue to operate knowingly in violation of Federal guidelines concerning the number of personnel per prisoner, and knowingly violating FDOC prisoners bare basic U.S. Constitutional rights to care state-wide; violation of Mandatory Reporting abuses of elderly & disabled, etc. Violations of said U.S. Constitutional laws protecting FDOC prisoners state-wide from cruel & unusual punishment has created a threat to public safety, an emergency situation in which this Court should immediately issue a Order For FDOC To Stop receiving more prisoners from county jails, and it should release prisoners state-wide as has been done in Texas, until it is in compliance with Federal guidelines and all U.S. Law governing Constitutional humane care of FDOC prisoners state-wide.

On behalf of all FDOC prisoners/We The People state-wide, as a Emergency Matter of Urgent Importance to Public safety and to preserve the integrity in our system of law under the U.S. Constitution established under the Sovereign Republic under/by We The People.

## Oath And Certificate Of Service

Under penalties of perjury, I declare that I have read the foregoing and that the facts herein are true. I hereby certify that a true and correct copy of the foregoing has been furnished as follows: One original copy to: c/o U.S. Clerk of Court, 1351 NW 12th St. Suite 900, Miami, FL 33125; One copy to Office of the Attorney General PL01, The Capitol, Tallahassee, FL 32399-1050: By U.S. Mail this June, 20, 2022.

Respectfully Submitted

Alfredo Rivera #184488
500 Ikesteele Rd, Wewahitchka, FL 32465

In The Service Of The King Jesus Christ ✟

A Salute To Veterans And Their Families!

(10.)

veterans son-prisonreform.godaddysites.com

Alfred Rivera 184488
Gulf Correctional Institution
500 Ikesteele Rd Wewahitchka, FL 32465

PENSACOLA FL 325
21 JUN
US POSTAGE PITNEY BOWES
ZIP 53916 $ 000.49⁴
02 4W
0000352874 MAY 03 2022

THIS LETTER
ORIGINATED AT
GULF CORRECTIONAL
INSTITUTION

U.S. Clerk of Court,
1351 NW 12th St. Suite 900
Miami, FL
33125

33125-184499

**HARVEY RUVIN**
CLERK
CIRCUIT AND COUNTY COURTS
CRIMINAL DIVISION: SECTION _____
1351 N.W. 12TH STREET SUITE 9000
MIAMI, FL. 33125
CLK/CT. 955  4/0?   ♻ Printed on Recycled Paper

PRESORTED FIRST CLASS



US POSTAGE IMI PITNEY BOWES
ZIP 33331  $ 000.45
02 4W
0000379559 JUL. 13, 20??



REC'D BY _____ D.C.
JUL 1 8 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

U.S.M.S. INSPECTED BY: _____

FEDERAL COURT
301 N MIAMI AVE
MIAMI FL ~~33128~~

FXP-SSB 33128

PRSRT 1ST CLASS 071422